IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR  21–15–BU–DLC |
| Plaintiff, | |
| vs. | ORDER |
| CIARA LEE ANN CREASON, | |
| Defendant. | |

Before the Court is United States Magistrate Judge Kathleen L. DeSoto's Findings & Recommendation Concerning Plea.  (Doc. 27.)  Because neither party objected, they are not entitled to *de novo* review.  28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).  Therefore, the Court reviews the Findings and Recommendation for clear error.  *McDonnel Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).  Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed."  *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

Ms. Creason is charged by superseding information with one count of conspiracy to distribute and to possess with intent to distribute methamphetamine, in violation of 21 U.S.C § 846.  (Doc. 19.)  Judge DeSoto recommends that this Court accept Ms. Creason's guilty plea to this charge and that the agreed forfeiture

1

be imposed after she appeared before her pursuant to Federal Rule of Criminal Procedure 11. The Court finds no clear error in Judge DeSoto's Findings and Recommendation and adopts them in full, including the recommendation to defer acceptance of the Plea Agreement until sentencing when the Court will have reviewed the Plea Agreement and Presentence Investigation Report. The Court will adjudicate forfeiture upon separate motion of the United States.

Accordingly, IT IS ORDERED that Judge DeSoto's Findings and Recommendation (Doc. 27) is ADOPTED in full.

IT IS FURTHER ORDERED that Ms. Creason's motion to change plea (Doc. 16) is GRANTED.

IT IS FURTHER ORDERED that Ms. Creason is adjudged guilty as charged in the Superseding Information (Doc. 19).

DATED this 3rd day of September, 2021.

Dana L. Christensen, District Judge
United States District Court